■ In the Matter of DONALD T. KILEY, an Attorney.— Motion for reinstatement to the Bar granted. Concur — Botein, P. J., Stevens, Eager, McNally and McGivern, JJ.

(Republished)

■ JEANETTE ROSENFELD, Appellant, v. BANCO INTERNACIONAL, Respondent.— Order of this court entered on March 21, 1967 (27 A D 2d 826) vacated. Concur — Eager, J. P., Steuer, Capozzoli, Tilzer and Staley Jr., JJ.

(April 11, 1967)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH DAVIS, Appellant, v. HENRY J. NOBLE, as Warden of New York City Penitentiary, Respondent.— Order entered November 24, 1965 unanimously affirmed on the authority of *People ex rel. Williams* v. *La Vallee* (19 N Y 2d 707). This is a " baseless " petition. Concur — Steuer, J. P., Tilzer, Rabin, McNally and Staley, Jr., JJ.

■ In the Matter of ABRAHAM ROTWEIN, an Attorney.— Motion for reinstatement to the Bar granted. Concur — Stevens, J. P., Eager, Steuer, Rabin and McNally, JJ.

■ A. G. A. REALTY CORP. v. BEATRICE ADLER. as Administratrix.— Motion to dismiss appeal denied, with $10 costs. Concur — Botein. P. J., Stevens, Steuer, Tilzer and McGivern, JJ.